IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BILLY WILLIAMS**                                                                                **PLAINTIFF**

v.                                                   **CAUSE NO. 1:11CV153-LG-RHW**

**HUNTINGTON INGALLS INCORPORATED**                                          **DEFENDANT**

## JUDGMENT

This matter came before the Court on the Motion for Summary Judgment [29] filed by the defendant. The Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the defendant, pursuant to Fed. R. Civ. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2012.

                                                                s/ *Louis Guirola, Jr.*
                                                                LOUIS GUIROLA, JR.
                                                                CHIEF U.S. DISTRICT JUDGE